UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER HOWARD              :
P.O. Box 437
Marbury, Maryland  20658        :

    Plaintiff                   :

v.                              :    Case No.  1:13-cv-1503

DWAYNE FARMER                   :
1331 30th Street
Washington, D.C.  20020         :

    Defendant                   :

*******************************************************************

## COMPLAINT

COMES NOW, the Plaintiff, Christopher Howard, by counsel Scott A. Bowling and Chapman & Bowling, LLC, to file this Complaint and says:

1. That on November 17, 2011, the Plaintiff, Christopher Howard, was operating his motor vehicle in the northbound lanes of I 395 in the vicinity of 7th Street, SW, Washington D.C. at approximately 11:44 p.m.

2. That at the same time and aforesaid date, the Defendant, Dwayne Farmer, was operating his motor vehicle on northbound I 395 in the farthest left lane and suddenly change lanes abruptly causing the Defendant, Farmer, to strike an additional vehicle prior to changing lanes.

3. That the Plaintiff took evasive action to avoid colliding with the Defendant Farmer's vehicle and was successful in doing so.

1

4.  That this Court has proper venue as this cause of action occurred in the District of Columbia.

5.  That this Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C. 1332.

6.  That the amount in controversy exceeds $75,000.00.

7.  That the Defendant Farmer was careless, reckless and negligent for failing to operate his motor vehicle with reasonable care, failing to take evasive action to avoid colliding with another motorist, failing to change lanes appropriately and with reasonable care, and failing to operate his motor vehicle consistent with the laws of the District of Columbia.

8.  That as a direct and proximate result of the negligence of the Defendant, Farmer, the Plaintiff sustained injuries to his spine, back, limbs and head.

9.  That as a direct and proximate result of the injuries sustained by the Plaintiff, the Plaintiff was caused to experience, incur and undergo:

    a. medical treatment;
    b. medical expense;
    c. lost wages;
    d. non-economic damages to include pain, suffering and inconvenience.

10. That the Plaintiff incurred property damages as a result of the negligence of the Defendant Farmer.

WHEREFORE, the Plaintiff demands judgment against the Defendant, Dwayne Farmer, in an amount in excess of Seventy-five Thousand and no/100ths Dollars ($75,000.00).

Respectfully submitted,

By: _____
Scott A. Bowling, Bar ID #10723
Attorney for Plaintiff
Chapman & Bowling, LLC
P.O. Box 610
La Plata, MD  20646
(301)934-9969

## DEMAND FOR JURY TRIAL

The Plaintiff demands a trial by jury on all issues presented herein.

_____
Scott A. Bowling